No. 72–1203. SIMPSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1257. UNITED NEW YORK SANDY HOOK PILOTS ASSN. ET AL. v. DENT, SECRETARY OF COMMERCE, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5695. KEETON v. PROCUNIER ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6168. FOXWORTH v. FLORIDA. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6345. KIMBEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1185. FIELDS ET AL. v. SCHUYLER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 72–1315. COLORADO PUMP & SUPPLY CO. v. FEBCO, INC., ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE would grant certiorari.

No. 72–797. BOWERS ET AL. v. UNITED STATES, 410 U. S. 927. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 72–5456. FLORES v. EMPLOYERS' FIRE INSURANCE COMPANY OF SAN ANTONIO, TEXAS, 409 U. S. 1046. Motion for leave to file petition for rehearing denied.